# United States District Court
## For The Western District of North Carolina
## Asheville Division

Kenneth Lee Gardner,

        Petitioner,                            JUDGMENT IN A CIVIL CASE

vs.                                            1:09cv193-GCM

The United States of America, et al.,

        Respondents..

DECISION BY COURT.  This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's June 16, 2009 Order.

 

                                      FRANK G. JOHNS, CLERK

June 16, 2009

                                       *s/Elizabeth J. Barton*

                    BY: _____

                               Elizabeth J. Barton, Deputy Clerk